UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA, )<br>)<br>PLAINTIFF, )<br>)<br>)<br>v. )<br>)<br>SUN RIVER HEALTH, INC., MELISSA SHOUPE, )<br>LESTER, )<br>)<br>)<br>)<br>DEFENDANTS. )<br>_____ ) | ____ Civ. _____ (  )<br><br>Application for<br>Preliminary injunction<br><br>JURY TRIAL DEMANDED |

Upon the affidavits of _____ JIMMY AVILA _____, sworn to the ____ day of

_____, _____, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of

this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State

of New York, on _____, _____, at _____ o'clock in the _____ noon

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to

Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of his

action ~~from~~ to move Plaintiff to another apartment as requested by TED

MARTYNOWICZ, DO's letter dated 3/22/22 _____

_____

_____; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the

hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the

defendant is temporarily restrained and enjoined from _____

_____

_____

_____

_____; and it is further

        ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____ _____, _____, at _____, o'clock in the _____ noon of that day; and it is further

        ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before _____ o'clock in the _____ noon, _____ _____, _____, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____ M

_____
United States District Judge